UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

KAREN PACUNIO-FOX,

     Plaintiff

     vs.

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

CASE NO.: 2:25-CV-04407-PD

**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of TEN THOUSAND TWO HUNDRED DOLLARS ($10,200.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: January 16, 2026

_Patricia Donahue_
_____
PATRICIA DONAHUE
U.S. MAGISRTRATE JUDGE